IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC., | |
| Plaintiffs, | Civil Action No. _____ |
| vs. | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |
| BRANDON WEIBLEY; and Does 1-10 d/b/a beastmodebuilds.com and vonwik.com, | [Fed. R. Civ. P. 7.1] |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiffs Amazon Content Services LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix US, LLC, Netflix Worldwide Entertainment, LLC, Paramount Pictures Corporation, Sony Pictures Animation Inc., Sony Pictures Television Inc., Universal City Studios Productions LLLP, Universal City Studios LLC, and Warner Bros.

Entertainment, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    a.    Plaintiff Amazon Content Services LLC is a wholly owned subsidiary of Amazon.com Inc., a publicly traded company.

    b.    Plaintiff Columbia Pictures Industries, Inc. is a wholly owned indirect subsidiary of Sony Group Corporation, a publicly traded company.

    c.    Plaintiff Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company.

    d.    Plaintiff Netflix US, LLC is a wholly owned subsidiary of Netflix Inc., a publicly traded company.

    e.    Plaintiff Netflix Worldwide Entertainment, LLC is a wholly owned indirect subsidiary of Netflix, Inc., a publicly traded company.

    f.    Plaintiff Paramount Pictures Corporation is a wholly owned subsidiary of Paramount Global, f/k/a ViacomCBS Inc. (successor merger to Viacom Inc.). Paramount Global is a publicly-traded company. National Amusements, Inc, a privately-held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, *i.e.*, Class A and Class B on a combined basis.

    g.    Plaintiff Sony Pictures Animation Inc. is a wholly owned indirect

subsidiary of Sony Group Corporation, a publicly traded company.

      h.      Plaintiff Sony Pictures Television Inc. is a wholly owned indirect subsidiary of Sony Group Corporation, a publicly traded company.

      i.      Plaintiff Universal City Studios Productions LLLP is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company.

      j.      Plaintiff Universal City Studios LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company.

      k.      Plaintiff Warner Bros. Entertainment Inc. is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc, a publicly traded company.

DATED: March 4, 2025         Respectfully submitted,

By:   /s/ *Barry L. Cohen*
      Barry L. Cohen

Barry L. Cohen (PA Bar No. 68864)
ROYER, COOPER, COHEN, BRAUNFELD
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362-2628
bcohen@rccblaw.com

Scott R. Commerson (CA Bar No. 227460)
Sean M. Sullivan (CA Bar No. 229104)
Katelyn A. Feliciano (CA Bar No. 350385)
*(Motion for Pro Hac Vice Admission to be filed)*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone: (213) 633-6800
Fax: (213) 633-6899
scottcommerson@dwt.com
seansullivan@dwt.com
katelynfeliciano@dwt.com

L. Danielle Toaltoan (NY Bar No. 5074315)
*(Motion for Pro Hac Vice Admission to be filed)*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 0020-1104
Telephone: (212) 489-8230
danielletoaltoan@dwt.com

*Attorneys for Plaintiffs*