AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Middle District of Pennsylvania |
|---|---|
| **DOCKET NO.** 1:25-CV-388    **DATE FILED** 3/4/2025 | |
| **PLAINTIFF**<br>AMAZON CONTENT SERVICES LLC, ET AL. | **DEFENDANT**<br>BRANDON WEIBLEY, ET AL. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>PETER WELSH | **(BY) DEPUTY CLERK**<br>Anita A. Arledge | **DATE**<br>3/4/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## *Amazon Content Services, LLC, et al. v. Brandon Weibley, et al.*

Representative List of Copyrighted Works

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Gringo | Amazon Content Services LLC | PA 2-086-178 | March 13, 2018 |
| The Manor | Amazon Content Services LLC | PA 2-320-103 | October 8, 2021 |
| The Boys #307 | Amazon Content Services LLC<br><br>Sony Pictures Television Inc. | PA 2-366-004 | July 15, 2022 |
| Ghostbusters (2016) | Columbia Picture Industries, Inc. | PA 2-209-511 | March 18, 2019 |
| Karate Kid II | Columbia Picture Industries, Inc. | PA 293-353 | June 25, 1986 |
| Men in Black | Columbia Picture Industries, Inc. | PA 845-156 | July 10, 1997 |
| After Earth | Columbia Picture Industries, Inc. | PA 1-841-452 | May 31, 2013 |
| The Amazing Spider-Man | Columbia Picture Industries, Inc. | PA 1-793-261 | June 29, 2012 |
| The Amazing Spider-Man 2 | Columbia Picture Industries, Inc. | PA 1-889-675 | April 16, 2014 |
| White House Down | Columbia Picture Industries, Inc. | PA 1-845-840 | June 28, 2013 |
| The Karate Kid | Columbia Picture Industries, Inc. | PA 216-985 | July 6, 1986 |
| Venom: Let There Be Carnage | Columbia Picture Industries, Inc. | PA 2-315-928 | October 8, 2021 |
| Bad Boys: Ride or Die | Columbia Picture Industries, Inc. (TSG Entertainment II LLC*)[1] | PA 2-476-747 | June 18, 2024 |

---

[1] Copyright registrants marked with an asterisk are co-owners of the titled works.

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Hotel Translyvania | Sony Pictures Animation, Inc. | PA 1-805-510 | September 26, 2012 |
| Spider-Man: Into the Spider-verse | Sony Pictures Animation, Inc. | PA 2-143-833 | December 20, 2018 |
| Moana | Disney Enterprises, Inc. | PA 2-012-015 | December 20, 2016 |
| Pirates of the Caribbean: On Stranger Tides | Disney Enterprises, Inc. | PA 1-737-564 | June 15, 2011 |
| Raya and the Last Dragon | Disney Enterprises, Inc. | PA 2-282-661 | March 24, 2021 |
| 10 Things I Hate About You | Disney Enterprises, Inc. (Touchstone Pictures*) | PA 931-704 | April 21, 1999 |
| The Proposal | Disney Enterprises, Inc. (Touchstone Pictures*) | PA 1-638-602 | July 24, 2009 |
| A Bug's Life | Disney Enterprises, Inc. (Pixar Animation Studios*) | PA 901-890 | December 30, 1998 |
| Cars 2 | Disney Enterprises, Inc. (Pixar Animation Studios*) | PA 1-742-101 | July 19, 2011 |
| Eurovision Song Contest: The Story of Fire Saga | Netflix US LLC | PA 2-261-556 | August 6, 2020 |
| Hillbilly Elegy | Netflix US LLC | PA 2-275-628 | December 14, 2020 |
| The Witcher S2E1 | Netflix Worldwide Entertainment LLC | PA 2-336-200 | December 22, 2021 |
| The Witcher S2E3 | Netflix Worldwide Entertainment LLC | PA 2-336-204 | December 22, 2021 |
| The Witcher S2E4 | Netflix Worldwide Entertainment LLC | PA 2-336-205 | December 22, 2021 |
| The Witcher S2E5 | Netflix Worldwide Entertainment LLC | PA 2-336-207 | December 22, 2021 |
| The Witcher S2E6 | Netflix Worldwide Entertainment LLC | PA 2-336-210 | December 22, 2021 |
| The Witcher S2E7 | Netflix Worldwide Entertainment LLC | PA 2-336-211 | December 22, 2021 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| The Witcher S2E8 | Netflix Worldwide Entertainment LLC | PA 2-336-212 | December 22, 2021 |
| 10 Cloverfield Lane | Paramount Pictures Corporation | PA 1-978-288 | March 14, 2016 |
| Forrest Gump | Paramount Pictures Corporation | PA 726-079 | September 22, 1994 |
| Mean Girls | Paramount Pictures Corporation | PA 1-233-942 | July 12, 2004 |
| The Truman Show | Paramount Pictures Corporation | PA 799-052 | July 20, 1998 |
| Baywatch | Paramount Pictures Corporation | PA 2-034-386 | May 26, 2017 |
| Beverly Hills Cop | Paramount Pictures Corporation | PA 235-452 | December 27, 1984 |
| Grease | Paramount Pictures Corporation | PA 16-189 | October 20, 1978 |
| Star Trek Beyond | Paramount Pictures Corporation | PA 1-994-401 | July 21, 2016 |
| True Grit | Paramount Pictures Corporation | PA 1-712-295 | December 22, 2010 |
| Flight (2012) | Paramount Pictures Corporation | PA 1-811-291 | November 2, 2012 |
| Back to the Future | Universal City Studios LLC | PA 266-708 | October 15, 1985 |
| Oppenheimer | Universal City Studios Productions LLLP | PA 2-433-600 | August 16, 2023 |
| The Mummy Returns | Universal City Studios Productions LLLP | PA 1-066-796 | September 20, 2001 |
| Fast X | Universal City Studios Productions LLLP | PA 2-417-867 | May 18, 2023 |
| Girls Trip | Universal City Studios LLLP | PA 2-045-687 | July 24, 2017 |
| Ride Along 2 | Universal City Studios Productions LLLP | PA 1-992-283 | January 13, 2016 |
| Night School | Universal City Studios Productions LLLP | PA 2-153-568 | September 28, 2018 |
| American Gangster | Universal City Studios Productions LLLP | PA 1-589-020 | October 31, 2007 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Jaws | Universal City Studios LLC | RE 891-526 | December 18, 2003 |
| Despicable Me | Universal City Studios Productions LLLP | PA 1-685-728 | July 9, 2010 |
| Barbie | Warner Bros. Entertainment, Inc. | PA 2-421-392 | July 21, 2023 |
| A Star Is Born | Warner Bros. Entertainment, Inc. (Metro-Goldwyn-Mayer Pictures, Inc.*) | PA 2-126-256 | October 4, 2018 |
| Shaft | Warner Bros. Entertainment, Inc. | PA 993-727 | July 6, 2000 |
| Shazam! Fury of Gods | Warner Bros. Entertainment, Inc. | PA 2-401-732 | March 15, 2023 |
| The Accountant | Warner Bros. Entertainment, Inc. | PA 2-003-824 | October 14, 2016 |
| Wonder Woman 1984 | Warner Bros. Entertainment, Inc. | PA 2-272-066 | December 23, 2020 |
| The Big Bang Theory S5E24 | Warner Bros. Entertainment, Inc. | PA 1-805-577 | September 25, 2012 |
| The Suicide Squad (2021) | Warner Bros. Entertainment, Inc. | PA 2-304-248 | July 28, 2021 |
| Wonder Woman | Warner Bros. Entertainment, Inc. (Ratpac-Dune Entertainment LLC*) | PA 2-036-078 | June 6, 2017 |