**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

YVETTE KANE
U.S. DISTRICT JUDGE

3/6/2025

To:  Counsel of Record

Re:  Amazon Content Services, LLC., et al., v. Weibley, et al.
Case No. 1:25-cv-00388

Dear Counsel:

The above-referenced action has been assigned to me in the Harrisburg Division of the Middle District of Pennsylvania.  The following important preliminary information applies to all cases assigned to me:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure.  Extensions of time not pre-approved by the court are not permitted by the Rules and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at the Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue **after joinder of this matter has been accomplished**.  This conference will establish important deadlines for the case.

**CONTACTING THE COURT**: Dawn McNew, Courtroom Deputy, is available to answer your questions or concerns regarding the progress of this case at 717-221-3929.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania