UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Amazon Content Services LLC, et al.

CIVIL ACTION NO.: 1:25-CV-00388-YK

vs

*Plaintiff*

Brandon Weibley, et al.,

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Pennsylvania.

That on **03/30/2025** at **2:07 PM** at **Arby's Parking Lot at 6560 Carlisle Pike, Mechanicsburg, PA  17050**

I served a(n) **Summons in a Civil Action and Complaint, Jury Trial Demanded**

on **Brandon Weibley**,

by delivering a true copy to said defendant  personally;

undersigned knew the person served to be the defendant described in pleadings.

Description Of Person Served Based On Undersigned's Perception:
Gender: Male
Race:  White
Hair: Brown
Age: 39-41 yr.
Height: 5' 4" - 5' 8"
Weight: over 200 Lbs.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 04/02/2025

Kevin Sepulveda
ID# 1033