# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC., : : : : : : : : : : : : : : : | Civil Action No. 1:25-cv-00388-YK **IN THE MATTER OF APPLICATION FOR SPECIAL ADMISSION TO PRACTICE IN THIS COURT** |
| Plaintiffs, : : | [LR 83.8.2.1] |
| vs. : : | |
| BRANDON WEIBLEY; and Does 1-10 d/b/a beastmodebuilds.com and vonwik.com, : : : : | |
| Defendants. : | |

I, Katelyn Alexsis Feliciano, hereby petition the United States District Court for the Middle District of Pennsylvania for Special Admission to practice before that Court. In support of my petition, I state as follows:

Office Address:   350 South Grand Avenue, 27th Floor
                  Los Angeles, CA 90071

Office Telephone:   213.655.9682

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

1. State of New York – 09.12.2022; Attorney ID No. 5931738

2. State of California – 07.25.2023; Attorney ID No. 350385

FOR COURT USE ONLY

\_\_\_\_\_   GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

\_\_\_\_\_   SPECIAL ADMISSION

GRANTED BY THE COURT: _____   Date: _____

Please complete the following:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

    None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

    None.

Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

    None.

I am seeking Special Admission pursuant to LR 83.8.2.1.

If seeking special admission under Local Rules LR 83.8.2.1., LR 83.8.2.2., LR 83.8.2.3., or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am admitted to practice in the following United States District Court(s) and the highest court of the State(s) listed below:

    1. U.S. District Court of California Central District; Admitted 10.02.2024;

    2. U.S. District Court of California Northern District; Admitted 09.25.2024.

NAME OF PARTY YOU REPRESENT:

PLAINTIFFS - AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC.

If special admission is requested for a particular case, please list case number and caption:

Case # 1:25-cv-00388-YK

Caption: AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC. v. BRANDON WEIBLEY; and Does 1-10 d/b/a beastmodebuilds.com and vonwik.com.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9) If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Barry L. Cohen (PA Bar No. 68864)
ROYER COOPER COHEN BRAUNFELD LLC
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362 -2628
Email: bcohen@rccblaw.com

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
Katelyn Alexsis Feliciano, Petitioner
Bar # 350385, State of California
Bar # 5931738, State of New York
Date: April 21, 2025

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

_____
Katelyn Alexsis Feliciano, Petitioner

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

## CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Katelyn Alexsis Feliciano, Petitioner



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

*Katelyn Alexsis Feliciano*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 12, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on March 6, 2025.*

*Clerk of the Court*

CertID-00218483



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### KATELYN ALEXSIS FELICIANO

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that KATELYN ALEXSIS FELICIANO, #350385, was on the 25th day of July 2023 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 6th day of March 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
F. Jimenez, Deputy Clerk