IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMAZON CONTENT SERVICES LLC, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:25-CV-0388 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| WEIBLEY, ET AL | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF DEFAULT

Default is hereby entered against defendant, Brandon Weibley, for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

by: *s/Anita Arledge*
Deputy Clerk

Dated: 5/22/2025