## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMAZON CONTENT SERVICES LLC;
COLUMBIA PICTURES INDUSTRIES,
INC.; DISNEY ENTERPRISES, INC.;
NETFLIX US, LLC; NETFLIX
WORLDWIDE ENTERTAINMENT,
LLC; PARAMOUNT PICTURES
CORPORATION; SONY PICTURES
ANIMATION INC.; SONY PICTURES
TELEVISION INC.; UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP;
UNIVERSAL CITY STUDIOS LLC;
AND WARNER BROS.
ENTERTAINMENT, INC.,

    Plaintiffs,

  vs.

BRANDON WEIBLEY; AND DOES 1-10
D/B/A BEASTMODEBUILDS.COM
AND VONWIK.COM,

    Defendants.

Civil Action No. 1:25-cv-00388

**SUPPLEMENTAL CORPORATE
DISCLOSURE STATEMENT**

   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Amazon Content
Services LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix
US, LLC, Netflix Worldwide Entertainment, LLC, Paramount Pictures
Corporation, Sony Pictures Animation Inc., Sony Pictures Television Inc.,
Universal City Studios Productions LLLP, Universal City Studios LLC, and
Warner Bros. Entertainment, Inc. submit this Supplemental Corporate Disclosure
Statement to reflect a change in corporate structure to Plaintiff Paramount Pictures
Corporation ("Plaintiff Paramount") due to an August 7, 2025 merger between
Plaintiff Paramount's parent company, Paramount Global, and Skydance Media.

Except as set forth herein, all other information contained in Plaintiffs' original Corporate Disclosure Statement (ECF No. 3) remains unchanged.

Plaintiff Paramount hereby updates its response in section (f) of ECF No. 3 to provide: Plaintiff Paramount Pictures Corporation is a wholly owned subsidiary of Paramount Global. Paramount Global is a wholly owned subsidiary of Paramount Skydance Corporation, a publicly traded company.

///

///

///

DATED: October 6, 2025                  Respectfully submitted,


By: */s/ L. Danielle Toaltoan*
                L. Danielle Toaltoan

L. Danielle Toaltoan (NY Bar No. 5074315)
(*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  0020-1104
Telephone: (212) 489-8230
danielletoaltoan@dwt.com

Barry Cohen
ROYER, COOPER, COHEN, BRAUNFELD
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362 -2628
bcohen@rccblaw.com

Scott R. Commerson (CA Bar No. 227460)
Sean M. Sullivan (CA Bar No. 229104)
Katelyn A. Feliciano (CA Bar No. 350385)
(*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone: (213) 633-6800
scottcommerson@dwt.com
seansullivan@dwt.com
katelynfeliciano@dwt.com

*Attorneys for Plaintiffs*