# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; AND WARNER BROS. ENTERTAINMENT, INC., | Civil Action No. 1:25-cv-00388 |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED BRIEFING WORD LIMIT** |
| vs. | |
| BRANDON WEIBLEY; AND DOES 1-10 D/B/A BEASTMODEBUILDS.COM AND VONWIK.COM, | |
| Defendants. | |

# **ORDER**

**AND NOW**, this 7th day of October 2025, upon consideration of Plaintiffs' Motion for Leave to Exceed Briefing Word Limit, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, permitting Plaintiffs to file a Motion for Default Judgment of up to 5,391 words.

BY THE COURT:

s/ Yvette Kane
THE HONORABLE YVETTE KANE
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

Barry Cohen
ROYER, COOPER, COHEN, BRAUNFELD
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362 -2628
bcohen@rccblaw.com

Scott R. Commerson (CA Bar No. 227460)
Sean M. Sullivan (CA Bar No. 229104)
Katelyn A. Feliciano (CA Bar No. 350385) (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone: (213) 633-6800
scottcommerson@dwt.com
seansullivan@dwt.com
katelynfeliciano@dwt.com

L. Danielle Toaltoan (NY Bar No. 5074315) *(Pro Hac Vice)*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  0020-1104
Telephone: (212) 489-8230
danielletoaltoan@dwt.com

*Attorneys for Plaintiffs*