# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMAZON CONTENT SERVICES LLC, et al.,**    **Plaintiffs** <br><br> v. <br><br> **BRANDON WEIBLEY, et al.,**    **Defendants** | :    No. 1:25-cv-00388 <br> : <br> :    (Judge Kane) <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, pursuant to a conflict of interest as defined by Canons 2(B) and 3(C) of the Code of Judicial Conduct of United States Judges, **IT IS ORDERED THAT** the undersigned shall be recused from the above-captioned action.  **IT IS FURTHER ORDERED THAT** the Clerk of Court shall reassign the case to another judge.

 

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated:  February 3, 2026