**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AMAZON CONTENT SERVICES LLC,:    Civil No. 1:25-CV-00388
*et al.*,    :

      Plaintiffs,    :

      v.    :

BRANDON WEIBLEY, *et al.*,    :

      Defendants.    :    Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 10th day of June, 2026, for the reasons set forth in the accompanying memorandum of law, **IT IS ORDERED THAT** Plaintiffs' motion for default judgment against Defendant Brandon Weibley ("Weibley"), Doc. 22, is **GRANTED AS FOLLOWS:**

1. Plaintiffs' motion for a total of $9,000,000.00 in statutory damages is **GRANTED.**

2. Plaintiffs' motion for post-judgment interest pursuant to 28 U.S.C. § 1961(a) is **GRANTED**.  This interest will be calculated from the date of the entry of final judgment in this case at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the order of final judgment in this case.

3. Plaintiffs' motion for $63,241.00 in attorneys' fees is **GRANTED**.

4. Plaintiffs' motion for a permanent injunction against Weibley is **GRANTED**.  Accordingly, Weibley, his officers, agents, servants, employees and attorneys, and other persons who are acting in active concert with him who receive actual notice of this injunction **ARE HEREBY PERMANENTLY ENJOINED AND RESTRAINED FROM:**

   a. Operating Shrugs, Zing, Beast Mode Live, BTV, Viking Media, and GreenWing Media (together, "Infringing Services"), or any other unlicensed streaming service currently operated under their control or to which they are providing any material assistance;

   b. Operating any website, system, software, or service that is substantially similar to the Infringing Services or other services, by any brand or name, that facilitate access to the Copyrighted Works, and other works in which Plaintiffs validly own or control the copyrights or exclusive rights, without authorization;

   c. Infringing, whether directly or secondarily, any of Plaintiffs' Copyrighted Works, and other works for which Plaintiffs

validly own or control the copyrights or exclusive rights, by any means, including by publicly performing, reproducing, or otherwise infringing the Copyrighted Works, or other copyright material owned or controlled by Plaintiff, in any manner (including by materially contributing to or intentionally inducing the infringement of), any of Plaintiffs' exclusive rights under the Copyright Act.

d.  Directly or indirectly taking any additional steps to release publicly, distribute, transfer, or give any source code, other technology, domain names, trademarks, brands, assets, or goodwill in any way related to the Infringing Services.

e.  Knowingly taking any action for the purpose, or that has the effect of, circumventing the requirements of this injunction.

5.  Any domain name registrars and registries for beastmodebuilds.com and vonwik.com (together with any other domains associated with Defendant's infringing conduct, "Infringing Domains"), as well as all other persons in active concert or participation with Defendant who receive notice of this injunction, are ordered to disable public access to the Infringing Domains; to prevent the Infringing Domains from being modified, sold, transferred to another owner, or deleted; and to

take all reasonable steps to transfer ownership of the Infringing Domains to a registrar to be appointed by Plaintiffs to re-register the domain names in Plaintiffs' names, or the name(s) of their designee(s), and under Plaintiffs' ownership.

6. The hosting service providers of the websites associated with the Infringing Domains are ordered to suspend any services to such websites and place an administrative lock on the websites to prevent third parties from accessing and downloading the websites' content or transferring the websites' contents to another domain name or hosting service.

7. Plaintiffs' counsel may complete service of process on Defendant and any officers, agents, servants, employees, attorneys and persons who are acting in active concert or participation with Defendant of this order and injunction by overnight mail. This injunction shall bind Defendant and all of his agents, servants, employees, and all persons in active concert or participation or in privity with Defendant who receive actual notice of this injunction.

8. This is not a final judgment in this case because Plaintiffs' claims against Does 1-10, doing business as beastmodebuilds.com, doing business as vonwik.com, remain pending. Therefore, Plaintiffs shall

file, **no later than June 15, 2026**, a status report indicating whether they intend to proceed with or dismiss the claims they raise against Does 1-10.

9.  Violation of this injunction shall expose Weibley and all other persons bound by this injunction to all applicable penalties, including contempt of Court.

10. The Court hereby retains jurisdiction over this case for the purpose of enforcing this Order and injunction, and for any supplemental proceedings that may be authorized by law.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania