**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC., | : | Civil Action No. 1:25-cv-00388-YK |
| Plaintiffs, | : | |
| vs. | : | |
| BRANDON WEIBLEY; and Does 1-10 d/b/a beastmodebuilds.com and vonwik.com, | : | |
| Defendants. | : | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF <u>ONLY</u> DEFENDANTS DOES 1-10 d/b/a beastmodebuilds.com and vonwik.com PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Amazon Content Services LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix US, LLC; Netflix Worldwide Entertainment, LLC; Paramount Pictures Corporation; Sony Pictures Animation Inc.; Sony Pictures Television Inc.; Universal City Studios

Productions LLLP; Universal City Studios LLC; and Warner Bros. Entertainment, Inc., by and through their undersigned counsel, hereby voluntarily dismiss this action without prejudice **ONLY AGAINST DEFENDANTS DOES 1-10 d/b/a beastmodebuilds.com and vonwik.com**, with each party to bear its own costs, expenses and attorneys' fees. No defendant in this action has answered or filed a motion to dismiss or for summary judgment.

Dated: June 12, 2025

By: */s/ Barry L. Cohen*

Barry L. Cohen (PA Bar No. 68864)
Julie M. Latsko*
ROYER COOPER COHEN BRAUNFELD LLC
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362 -2628
bcohen@rccblaw.com
jlatsko@rccblaw.com

Scott R. Commerson* (CA Bar No. 227460)
Sean M. Sullivan* (CA Bar No. 229104)
Katelyn A. Feliciano* (CA Bar No. 350385)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3487
Telephone: (213) 633-6800
Fax: (213) 633-6899
scottcommerson@dwt.com
seansullivan@dwt.com
katelynfeliciano@dwt.com
L. Danielle Toaltoan* (NY Bar No. 5074315)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 0020-1104
Telephone: (212) 489-8230
danielletoaltoan@dwt.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMAZON CONTENT SERVICES LLC; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX US, LLC; NETFLIX WORLDWIDE ENTERTAINMENT, LLC; PARAMOUNT PICTURES CORPORATION; SONY PICTURES ANIMATION INC.; SONY PICTURES TELEVISION INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; and WARNER BROS. ENTERTAINMENT, INC., | : | Civil Action No. 1:25-cv-00388-YK |
| Plaintiffs, | : | |
| vs. | : | |
| BRANDON WEIBLEY; and Does 1-10 d/b/a beastmodebuilds.com and vonwik.com, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Plaintiffs' Notice of Voluntary Dismissal to be filed electronically on the Court's ECF system; and it is therefore available for viewing and downloading to all counsel of record for Defendants.

A copy of the Notice was mailed via first class mail to Defendant Brandon Weibley at 4 Alexandria Court, Mechanicsburg, PA 17050.

Dated: June 12, 2025

By: /s/ *Barry L. Cohen*
Barry L. Cohen (PA Bar No. 68864)
Julie M. Latsko*
ROYER COOPER COHEN BRAUNFELD LLC
Three Logan Square
1717 Arch Street, 47th Floor
Philadelphia, Pennsylvania 19103
Telephone: (484) 362 -2628
bcohen@rccblaw.com
jlatsko@rccblaw.com

*Admitted *Pro Hac Vice*