Royer Cooper Cohen Braunfeld LLC

Julie M. Latsko
Partner
Tel. 267-546-0158
Email: jlatsko@rccblaw.com

**VIA ECF** June 15, 2026

Honorable Jennifer P. Wilson
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

**RE:** *Amazon Content Services LLC, et al. v. Weibley, et al.*
Civil Action No. 1:25-cv-00388-JPW
**Plaintiffs' Status Report**

Dear Judge Wilson,

Pursuant to Your Honor's Order of June 10, 2026, requesting a status report, we provide the following update:

On June 12, 2026, Plaintiffs' counsel sent a copy of the Court's Order and Memorandum (ECF #s 26 and 27) to Defendant Brandon Weibley via overnight mail to his residence.

A Notice of Voluntary Dismissal of **only** Defendants Doe 1-10 d/b/a beastmodebuilds.com and vonwik.com was filed prior to the submission of this status report.

Plaintiffs respectfully request that the Court now enter a Final Order of Default Judgment against Defendant Brandon Weibley.

Respectfully submitted,

*Julie M. Latsko*

/mjf