AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Amazon Content Services LLC, et al
*Plaintiff*
v.
Brandon Weibley
*Defendant*

Civil Action No. 1:25 cv 00388

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Plaintiffs' motion for a total of $9,000,000.00 in statutory damages is GRANTED. Plaintiffs' motion for post judgment interest pursuant to 28 U.S.C. § 1961(a) is GRANTED. Plaintiffs' motion for $63,241.00 in attorneys' fees is GRANTED.
(see Order at doc. 27 for complete details) .

This action was *(check one)*:

❐ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge Jennifer P. Wilson on a motion for
Default Judgment.
Memorandum and Order issued on June 10, 2026 at docs. 26 and 27. .

Date: 06/16/2026

*CLERK OF COURT*

s/ Kate Toth, Deputy Clerk
*Signature of Clerk or Deputy Clerk*